FILED
CLERK, U.S DISTRICT COURT
NOV 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PUSSYCAT ENTERTAINMENT, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 05-4106 JSL (Ex) |
| v. | |
| DOMAINS BY PROXY, INC. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DOCKETED ON CM
NOV - 8 2005
BY

___Nov 1, 2005___         ___[signature]___
Date                      Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)        NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)